# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-mj-00112-SAB |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| JOSHUA HALTERMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while license was suspended for DUI, in violation 36 CFR § 4.2; Open Container of Alcohol, in violation of 36 CFR § 4.14(b); Allow Passenger to Ride in Exterior of Vehicle, in violation of 36 CFR § 4.22(b)(4)(ii) |
| **Sentence Date:** | October 20, 2016 |
| **Review Hearing Date:** | October 5, 2017 |
| **Probation Expires On:** | October 18, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Other Conditions:** Serve 20 days in custody

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

Defense does not dispute that Mr. Halterman was arrested by the Madera Police Department and that arrest resulted in a misdemeanor conviction.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of
   ☐ If not paid in full when was last time payment:   Date:
   Amount:

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

_____<br>
Darin Rock<br>
Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/5/2017 at 10:00 a.m.

    ☒ be continued to 10/18/2018 at 10:00 a.m.; or

    ☐ be vacated.


DATED: 9/18/2017            */s/ Andrew Wong*
                                                           DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that the Review Hearing set for October 5, 2017 at 10:00 am be continued to Friday, October 13, 2017, at 2:00 pm in Courtroom Number 9. The defendant is ordered to appear. The matter is referred to probation for preparation of a probation petition.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 20, 2017**                                _____
                                                                 UNITED STATES MAGISTRATE JUDGE