| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | JOSHUA HALTERMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-mj-0112 SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| vs. | ) |
| JOSHUA A. HALTERMAN, | ) Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Joshua Halterman, that the status conference currently scheduled for December 7, 2017, at 10:00 p.m., may be moved to December 14, 2017, at 10:00 a.m.

The parties propose this continuance because defendant Joshua Halterman was recently involved in an automobile accident and is currently bedridden. A one week continuance will allow Mr. Halterman additional time to recuperate.

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 6, 2017  /s/ Darin Rock
DARIN ROCK
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2017  /s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
JOSHUA HALTERMAN


## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for December 7, 2017, at 10:00 a.m., is hereby continued to December 14, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 6, 2017**

UNITED STATES MAGISTRATE JUDGE